655 A.2d 71

IN THE MATTER OF STEPHEN H. ROSEN,
AN ATTORNEY AT LAW.

March 23, 1995.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that **STEPHEN H. ROSEN** of **GLEN RIDGE,** who was admitted to the bar of this State in 1982, be reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) and (b) (failure to communicate), and RPC 1.7 (conflict of interest), and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and **STEPHEN H. RO-SEN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.